# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

June 26, 2020

**By ECF**

Honorable Charles S. Haight
United States District Judge
Southern District of New York

**Re:    United States v. Angel Padilla
94 Cr. 313 (CSH)**

Dear Judge Haight:

ORDER.

The Court is in receipt of the [903] letter from Mr. Padilla's counsel, Eunice C. Lee, Assistant Federal Defender, dated June 26, 2020, and hereby GRANTS the application set forth therein for an extension of time. Accordingly, Mr. Padilla's counsel may file a reply brief to the [899] Government's brief in opposition to Mr. Padilla's [897] § 2255 Motion to Vacate on or before July 10, 2020.

It is SO ORDERED.
Signed by Judge Charles S. Haight, Jr. on June 29, 2020.

     I am an attorney at the Federal Defenders of New York, and I have just been assigned to Angel Padilla's case because the attorney from my office who previously was representing Mr. Padilla has unexpectedly had to go on medical leave. Accordingly, because I lack familiarity with the case, I am writing to request a one-week extension from the original deadline of July 3, 2020, until July 10, 2020, in order to submit a reply brief in support of Mr. Padilla's § 2255 motion. I have conferred with AUSA Marguerite Colson, and the government does not oppose this extension.

     Thank you for your consideration of this request.

Respectfully submitted,

/s/

Eunice C. Lee
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8724
Eunice_Lee@fd.org

cc:    AUSA Marguerite Colson
       (by ECF)