UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANGEL PADILLA,

Defendant.

1:94-CR-0313 (CSH)

JULY 20, 2020

## ORDER

**HAIGHT, Senior District Judge:**

The Government has filed a letter motion dated July 16, 2020, which requests that the Court defer ruling on Padilla's section 2255 motion in this case until the Second Circuit decides the *en banc* appeal in *United States v. Scott*, 954 F.3d 74 (2d Cir. 2020). That motion crossed with the Court's sua sponte "Memorandum and Order" in this case, Doc. 907, which made that direction. The Government's letter motion is accordingly DENIED AS MOOT.

It is So Ordered.

Dated:  New Haven, Connecticut
        July 20, 2020

/s/Charles S. Haight, Jr.
CHARLES S. HAIGHT, JR.
Senior United States District Judge