UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANGEL PADILLA,<br><br>Defendant. | No. 1:94-CR-0313 (CSH)<br><br>NOVEMBER 29, 2022 |

### ORDER

**HAIGHT, Senior District Judge:**

The letter brief filed by Assistant United States Attorney Colson [Doc. 928] is hereby accepted as the government's "Supplemental Brief re: *Taylor* and *Scott*," in compliance with this Court's prior "Memorandum and Order" [Doc. 925], filed on October 20, 2022.

The letter request of Assistant Federal Defender Baumgartel [Doc. 929] for leave to file a letter brief in response to the government's supplemental brief [Doc. 928] is GRANTED. Baumgartel must file her responsive letter brief on behalf of Padilla on or before **December 14, 2022**.

It is SO ORDERED.

Dated:   New Haven, Connecticut
         November 29, 2022

                                           */s/Charles S. Haight, Jr.*
                                           CHARLES S. HAIGHT, JR.
                                           Senior United States District Judge