UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1: 94-CR-313-1(CSH) |
| ANGEL PADILLA, | |
| Defendant. | DECEMBER 7, 2023 |

## ORDER RE: EXPEDITED TRANSCRIPT

**HAIGHT, Senior District Judge:**

The Government is hereby directed to arrange for the Court Reporter to produce an expedited transcript of the Zoom hearing which took place today, December 7, 2023, at 10:30 a.m. The costs for said transcript shall be paid by the Government.

It is So ORDERED.

Dated:  New Haven, Connecticut
        December 7, 2023

*/s/Charles S. Haight, Jr.*
CHARLES S. HAIGHT, JR.
Senior United States District Judge
