UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANGEL PADILLA,<br><br>Defendant. | No. 1:94-CR-0313 (CSH)<br><br>APRIL 18, 2024 |

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

Petitioner Angel Padilla, a prisoner currently incarcerated at FCI Lewisburg in Lewisburg, Pennsylvania, has moved through counsel, Federal Defenders of New York, for modification of his sentence, seeking relief under 18 U.S.C. § 3582(c)(1)(A). *See* Doc. 947. In his motion, he states that he is "now 77 years old and has spent over 31 years in prison," a period he describes as a "substantial sentence" constituting "a significant punishment for his crimes." *Id.* at 2. He further asserts that he "has demonstrated his complete rehabilitation," so that "it is clear that he no longer presents any danger to society." *Id.* Under these circumstances, he urges the Court to find "extraordinary and compelling reasons" to reduce his sentence to "time served." *Id.*

The United States Attorney for the Southern District of New York ("SDNY") is hereby ORDERED to respond to Padilla's motion [Doc. 947] within fourteen (14) days of the entry of this Order, on or before **May 2, 2024.** Any reply by the Petitioner shall be due **within seven (7) days** after the filing of the United States Attorney's response.

1

      The Clerk of the Court shall serve, by certified mail, return receipt requested, a copy of this Order, Padilla's motion, and any underlying documents upon the United States Attorney for the SDNY.

      It is SO ORDERED.

Dated:   New York, New York
           April 18, 2024

                                              */s/Charles S. Haight, Jr.*
                                              CHARLES S. HAIGHT, JR.
                                              Senior United States District Judge