UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,          :

                                   :

          -v-                   :                  94-CR-313-1 (LJL)

                                   :

ANGEL PADILLA,                :                  ORDER

                                   :

                    Defendant.     :

                                   :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received a letter from Mr. Padilla dated December 1, 2025 addressed to Sarah Baumgartel, Federal Defenders of New York.  It appears that the letter is intended for the Federal Defenders and not for the Court.  The Court has forwarded the letter to the Federal Defenders and intends to take no further action on the letter absent a request from Mr. Padilla either individually or through counsel.  The Clerk of Court is respectfully directed to send a copy of this Order to Mr. Padilla at FCI-Lewisburg, P.O. Box 1000, Lewisburg, PA 17837.


      SO ORDERED.

Dated: December 11, 2025
      New York, New York                             LEWIS J. LIMAN
                                       United States District Judge